IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DONNIE GOINES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:23-cv-86-JDK |
| § | |
| JUDE BONNER, et al., § | |
| § | |
| Defendants. § | |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff Donnie Goines's motion to dismiss with prejudice (Docket No. 21). The Court **GRANTS** the motion. Pursuant to Plaintiff's request and Federal Rule of Civil Procedure 41(a), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own fees and costs.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **2nd** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE